# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN -2 PM 2:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY FWH DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '08 MJ 0015

The person charged as CERVANTES, Rafael now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Eastern District of Washington (Spokane) on 8/19/05 with: **Title 18 USC 3148** **in violation of:**

**Violated his conditions of Pretrial Release**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 01/02/08

Kenneth Lavigna
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

Assistant United States Attorney

RETURN TO CLERK USDC
P.O. BOX 1493
SPOKANE, WA 99210

PS 10
(8/88)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Rafael Cervantes Docket No. 2:04CR00215-EFS

TO:[1] **Any United States Marshal or Any Other Authorized Officer**

| **WARRANT FOR ARREST OF DEFENDANT** | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. | | | |
| NAME OF DEFENDANT<br>Cervantes , Rafael | SEX<br>Male | RACE<br>White ( Hispanic origin ) | AGE<br>24 |
| ADDRESS (STREET, CITY, STATE)<br>Unknown; last known: 148405 W. County Rd 12, Prosser, WA 99350 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court, Eastern District of Washington, Spokane, WA | | | |
| CLERK<br>James R. Larsen | (BY) DEPUTY CLERK<br>[signature] | DATE<br>August 19, 2005 | |

| **RETURN** | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for ______________ District of ______________;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PS 8
(12/04)

RECEIVED
UNITED STATES MARSHAL
05 AUG 19 PM 4:21
EASTERN WASHINGTON
SPOKANE

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AUG 19 2005
JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs. Rafael Cervantes Docket No. 2:04CR00215-EFS

## Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Vargas, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rafael Cervantes who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 24th day of November 2005, under the following conditions:

Condition No. 10: The defendant shall report to the United States Probation Office before or immediately after his release and shall report at such times and in such manner as they direct.

Condition No. 6: Defendant shall have a curfew of 7:00 p.m. to 7:00 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Violation No. 1: Rafael Cervantes is considered to be in violation of his pretrial release conditions in the Eastern District of Washington by failing to report to the U.S. Probation Office on August 15, 2005.

Violation No. 2: Rafael Cervantes is considered to be in violation of his pretrial release conditions in the Eastern District of Washington by failing to comply with his curfew on August 16, 2005.

PRAYING THAT THE COURT WILL ORDER A WARRANT

Respectfully submitted,

by [signature] 8/18/05
Jose Vargas
U.S. Probation Officer

Sworn to before me, and subscribed at Yakima, Washington

[signature] 8-19-05

Signature of Judicial Officer Date

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

ATTEST A TRUE COPY
James R. Larsen, Clerk
United States District Court
Eastern District of Washington
By [signature]
Deputy Clerk

[signature]
Signature of Judicial Officer

8-19-05
Date

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## PROBATION OFFICE

SCOTT M. MORSE, SR.
CHIEF PROBATION OFFICER
Thomas B. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 353-3240 / fax (509) 353-3246

BRANCH OFFICES

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

August 19, 2005

REPLY TO Yakima

The Honorable Cynthia Imbrogno
U. S. Magistrate Judge
Eastern District of Washington
Post Office Box 263
Spokane, WA 99210

**RE: CERVANTES, Rafael**
**Docket No.: 2:04CR00215-EFS**
**Crime: Distribution of 500 grams or more of Cocaine, 21 U.S.C. § 841(a)(1)**
**Pretrial Supervision Date: November 24, 2004**
**Present Location: Unknown**
**Last Known Address: 148405 West County Road 12**
**Prosser, WA 98935**

**VIOLATION REPORT/WARRANT REQUESTED**

Your Honor:

On October 15, 2004, Rafael Cervantes made an initial appearance before Your Honor in Spokane, Washington, and was ordered detained. On November 10, 2004, the defendant appeared before the Court for a bail review hearing and was ordered released on pretrial supervision with the following conditions: defendant to post a $5,000 corporate surety bond and his parents and one adult sibling are to cosign a $20,000 appearance bond, defendant shall have a curfew of 7:00 p.m. to 7:00 a.m. and defendant shall report to the U.S. Probation Office as directed.

On November 24, 2004, Mr. Cervantes posted bond and was released from custody at which time his pretrial supervision commenced.

It now appears Mr. Cervantes has violated the following conditions of his pretrial release:

<u>Condition No. 10</u>: The defendant shall report to the United States Probation Office before or immediately after his release and shall report at such times and in such manner as they direct.

<u>Violation No. 1</u>: Rafael Cervantes is considered to be in violation of his pretrial release conditions in the Eastern District of Washington by failing to report to the U.S. Probation Office on August 15, 2005.

<u>Condition No. 6</u>: Defendant shall have a curfew of 7:00 p.m. to 7:00 a.m.

<u>Violation No. 2</u>: Rafael Cervantes is considered to be in violation of his pretrial release conditions in the Eastern District of Washington by failing to comply with his curfew on August 16, 2005.

The evidence in support of the above alleged violations is as follows:

On December 1, 2004, Mr. Cervantes reported to the U.S. Probation Office where conditions of supervision were reviewed and acknowledged by the defendant. He was directed to report by telephone every Monday and in person on the first Monday of every month. Additionally, he was informed that curfew checks would be conducted by this officer via phone contacts and home visits.

On August 10, 2005, this officer received a message from an anonymous caller stating the defendant was leaving town that evening. On August 11, 2005, contact was made with the defendant at his residence. The defendant reported no new changes and indicated he was doing fine.

On August 15, 2005, Mr. Cervantes failed to contact this officer by phone as directed. On August 17, 2005, several attempts were made by this officer to contact the defendant during his scheduled curfew but all were met with negative results. Messages were left on the defendant's home and cell phone messaging systems for the defendant to contact this officer immediately.

On August 18, 2005, a home visit was conducted which was also met with negative results. A business card was left on the door instructing the defendant to contact this officer immediately. That same day contact was made with the defendant's father who related he last spoke with the defendant on August 14, 2005. Mr. Cervantes related the defendant indicated he would be traveling to Spokane, Washington, for a Court hearing which was

scheduled for August 15, 2005. Since then, he has had no contact with the defendant.

To date, Mr. Cervantes has failed to report or contact the U.S. Probation Office as instructed, and his whereabouts remain unknown.

Contact with defense counsel revealed they last had contact with the defendant approximately two weeks ago. The defendant is currently scheduled to appear in Court for a jury trial on August 29, 2005, before the Honorable Edward F. Shea, U.S. District Court Judge. A record check revealed no new law violations or pending criminal matters.

Based on the above information, this officer respectfully requests a warrant be issued for the arrest of Rafael Cervantes.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: Jose Vargas 8/19/05
Jose Vargas — Date
U.S. Probation Officer

APPROVED BY:

Rebecca M. Nichols 8/19/05
Rebecca M. Nichols — Date
Supervising U.S. Probation Officer

JV/em

Attachments

c: The Honorable Edward F. Shea, U.S. District Judge
Jared Kimball, Assistant U.S. Attorney
George Paul Trejo, Defense Counsel