**Minutes of the United States District Court**
**Southern District of California**
**JANUARY 15, 2008**

**HON. CATHY ANN BENCIVENGO** **DEPUTY CLERK: L. HERNANDEZ**

TAPE NO. CAB08-10:09-10:36

08MJ0015-CAB USA vs. RAFAEL CERVANTES (1)(C)**11041085**

DETENTION HRG/
REMOVAL & IDENTITY
HEARING

BRIDGET KENNEDY, FD (1)

AUSA: FRED SHEPPARD

FINANCIAL AFFIDAVIT DUE; DEFENSE TO SUBMIT NO LATER THAN 1/16/2008.

REMOVAL/IDENTITY HEARING HELD
DEPUTY US MARSHAL, KENNETH LAVIGNA CALLED/SWORN/TESTIFIED.
GOVTS EXHIBITS 1 - 6, SUBMITTED AND RECEIVED.
COURT FINDS DFT TO BE RAFAEL CERVANTES
COURT ORDERS DFT REMOVED TO EASTERN DISTRICT OF WASHINGTON (SPOKANE);
WARRANT OF REMOVAL ISSUED TO USM; DFT TO BE TRANSPORTED FORTHWITH.

DEFENSE REQUESTS BOND FOR DFT; THE COURT ORDERS DFT DETAINED PENDING REMOVAL
DUE TO DFT'S POTENTIAL RISK OF FLIGHT.
DETENTION HRG NOT HELD; GOVT'S ORAL MOTION TO DETAIN [3-1] - MOOT