# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

PLEASE RECEIPT AND RETURN

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY PDC DEPUTY

January 17, 2008

Clerk, U.S. District Court
Eastern District of Washington (Spokane)
920 West Riverside Avenue
Spokane, WA 99201-1010

Re: 08mj0015 CAB, USA v. Cervantes

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other Notice of Appearance, Minutes dated 1/15/2008 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: P. DELA CRUZ
P. Dela Cruz, Deputy Clerk

RECEIVED
JAN 23 2008
CLERK, US DISTRICT COURT
RICHLAND, WASHINGTON
by Cora Vargas